# APPENDIX B- PRO FORMA FINANCIAL PROJECTIONS

**Amcast Industrial Corporation**
Projected Pro Forma and Reorganized Balance Sheets
($Millions)

| | Projected Consolidated 6/30/2005 | Lee Brass Section 363 Sale Adjustments | Projected Post-Sale 6/30/2005 | Projected Pre-Emergence 7/31/2005 | Reorganization Adjustments | Projected Post-Emergence 7/31/2005 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash & Equivalents | $0.656 | $0.000 | $0.656 | $0.727 | $0.000 | $0.727 |
| Accounts Receivable, Net | 20.767 | (2.100) [1] | 18.667 | 14.066 | - | 14.066 |
| Inventory, Net | 9.095 | (2.200) [1] | 6.895 | 7.493 | - | 7.493 |
| Other Current Assets | 4.446 | (0.248) [1] | 4.198 | 4.240 | - | 4.240 |
| **Total Current Assets** | **34.964** | **(4.548)** | **30.416** | **26.526** | **-** | **26.526** |
| Property, Plant, & Equipment, Net | 53.846 | (3.237) [1] | 50.609 | 50.282 | (2.751) [3] | 47.530 |
| Other Long-Term Assets | 4.953 | (0.140) [1] | 4.813 | 4.811 | - | 4.811 |
| **Total Long-Term Assets** | **58.799** | **(3.377)** | **55.422** | **55.093** | **(2.751)** | **52.341** |
| **Total Assets** | **$93.763** | **($7.925)** | **$85.838** | **$81.619** | **($2.751)** | **$78.868** |
| **Liabilities and Equity** | | | | | | |
| Accounts Payable | $9.694 | ($1.488) [1] | $8.206 | $5.316 | $0.000 | $5.316 |
| Accrued Liabilities | 7.338 | (0.685) [1] | 6.653 | 5.626 | 1.175 [4] | 6.801 |
| Debtor-in-Possession (DIP) Facility | 11.500 | - | 11.500 | 13.000 | (13.000) [5] | - |
| **Total Current Liabilities** | **28.532** | **(2.173)** | **26.359** | **23.943** | **(11.825)** | **12.118** |
| Liabilities Subject to Compromise | | | | | | |
| Pre-Petition Accounts Payable | 5.264 | (0.527) [1] | 4.737 | 4.737 | (4.737) [6] | - |
| Pre-Petition Debt | 107.208 | (4.440) [2] | 102.768 | 102.768 | (102.768) [6] | - |
| Other Pre-Petition Liabilities | 34.670 | 0.207 [1] | 34.877 | 34.877 | (34.877) [6] | - |
| Total Liabilities Subject to Compromise | 147.142 | (4.760) | 142.382 | 142.382 | (142.382) | - |
| Exit Debt Facilities | | | | | | |
| Revolving Credit Facility | - | - | - | - | 1.750 [7] | 1.750 |
| Term Note A | - | - | - | - | 37.000 [8] | 37.000 |
| Term Note B | - | - | - | - | 27.000 [8] | 27.000 |
| Total Exit Debt Facilities | - | - | - | - | 65.750 | 65.750 |
| **Total Long-Term Liabilities** | **147.142** | **(4.760)** | **142.382** | **142.382** | **(76.632)** | **65.750** |
| **Total Liabilities** | **175.674** | **(6.933)** | **168.741** | **166.325** | **(88.457)** | **77.868** |
| Pre-Petition Shareholders' Equity | (81.911) | (0.992) [1] | (82.903) | (84.706) | 84.706 [9] | - |
| Reorganized Shareholders' Equity | - | - | - | - | 1.000 [8] | 1.000 |
| **Total Equity** | **(81.911)** | **(0.992)** | **(82.903)** | **(84.706)** | **85.706** | **1.000** |
| **Total Liabilities and Equity** | **$93.763** | **($7.925)** | **$85.838** | **$81.619** | **($2.751)** | **$78.868** |

*Notes to Projected Pro Forma and Reorganized Balance Sheets*

(1)    Adjustment to record sale of assets and assumption of certain liabilities of Lee Brass.

(2)    Adjustment to record application of net proceeds of sale of Lee Brass assets against pre-petition indebtedness.

(3)    Adjustment to reconcile book value of assets to reorganization value.

(4)    Adjustment to record financing fees payable to exit facility lenders and incentive payments payable to professionals upon emergence.

(5)    Adjustment to record retirement of DIP facility.

(6)    Adjustment to record discharge of pre-petition obligations.

(7)    Adjustment to record borrowings under the exit credit facility of $1.75 million at emergence to fund the cash portion of the Debtors' settlement with the Official Committee of General Unsecured Creditors.

(8)    Adjustment to record funding of Term Note A, Term Note B, and reorganized shareholders' equity.

(9)    Adjustment to record cancellation of pre-petition equity.

**Amcast Industrial Corporation**
Projected Balance Sheets
($Millions)

|  | Projected | | | |
|---|---|---|---|---|
|  | As of Fiscal Year End at August 31, | | | |
|  | **2005** | **2006** | **2007** | **2008** |
| **Assets** | | | | |
| Cash & Equivalents | $2.000 | $2.000 | $2.000 | $2.000 |
| Accounts Receivable, Net | 17.169 | 18.661 | 22.277 | 22.353 |
| Inventory, Net | 7.890 | 9.644 | 13.083 | 13.582 |
| Other Current Assets | 3.942 | 3.931 | 3.931 | 3.931 |
| **Total Current Assets** | **31.002** | **34.236** | **41.291** | **41.867** |
| Property, Plant, & Equipment, Net | 47.449 | 50.244 | 56.586 | 56.764 |
| Other Long-Term Assets | 4.809 | 4.777 | 4.745 | 4.713 |
| **Total Long-Term Assets** | **52.258** | **55.021** | **61.331** | **61.477** |
| **Total Assets** | **$83.259** | **$89.257** | **$102.621** | **$103.343** |
| **Liabilities and Equity** | | | | |
| Accounts Payable | $8.133 | $12.882 | $19.647 | $19.977 |
| Accrued Liabilities | 6.674 | 6.093 | 6.069 | 6.045 |
| **Total Current Liabilities** | **14.807** | **18.976** | **25.717** | **26.022** |
| Exit Debt Facilities | | | | |
|   Revolving Credit Facility | 3.057 | 5.746 | 9.612 | 6.231 |
|   Term Note A | 36.908 | 36.538 | 36.168 | 35.798 |
|   Term Note B | 27.208 | 29.929 | 32.921 | 36.214 |
| **Total Long-Term Debt** | **67.172** | **72.212** | **78.701** | **78.242** |
| Other Non-Current Liabilities | (0.010) | (0.142) | (0.156) | (0.156) |
| **Total Long-Term Liabilities** | **67.162** | **72.070** | **78.544** | **78.086** |
| **Total Liabilities** | **81.969** | **91.046** | **104.261** | **104.108** |
| Shareholders' Equity | 1.290 | (1.789) | (1.640) | (0.765) |
| **Total Equity** | **1.290** | **(1.789)** | **(1.640)** | **(0.765)** |
| **Total Liabilities and Equity** | **$83.259** | **$89.257** | **$102.621** | **$103.343** |

**Amcast Industrial Corporation**
Projected Statements of Operations
($Millions)

| | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2005 | | | | | | | | |
| | Ten Months Pre-Sale Ending 6/30/2005 (1) | Lee Brass Section 363 Sale & Debt Discharge | One Month Pre-Emergence Ending 7/31/2005 (2) | Reorganization & Debt Discharge | One Month Post-Emergence Ending 8/31/2005 (2) | For the Fiscal Year Ending August 31, (2) | | | |
| | | | | | | 2005 | 2006 | 2007 | 2008 |
| Sales | $144.027 | $0.000 | $9.164 | $0.000 | $13.631 | $166.822 | $166.096 | $195.994 | $189.414 |
| Cost of Sales | 136.946 | - | 8.648 | - | 11.930 | 157.524 | 153.996 | 178.027 | 169.723 |
| Gross Profit | 7.081 | - | 0.516 | - | 1.701 | 9.298 | 12.100 | 17.967 | 19.691 |
| Operating Expenses | 12.714 | - | 0.714 | - | 0.739 | 14.167 | 9.100 | 9.871 | 10.123 |
| Operating Income | (5.633) | - | (0.198) | - | 0.962 | (4.869) | 3.000 | 8.096 | 9.568 |
| Other (Income)/Expense | 0.377 | - | (0.010) | - | (0.010) | 0.357 | (0.058) | (0.073) | (0.085) |
| Interest Expense | 8.916 | - | 1.078 | - | 0.617 | 10.612 | 7.413 | 7.936 | 8.286 |
| Reorganization Expense | 5.858 | 0.992 | 0.502 | (84.706) | 0.046 | (77.308) | 0.458 | - | - |
| Income before Taxes | (20.784) | (0.992) | (1.768) | 84.706 | 0.309 | 61.470 | (4.813) | 0.233 | 1.367 |
| Provision for Income Taxes | 0.370 | - | 0.035 | - | 0.019 | 0.424 | (1.733) | 0.084 | 0.492 |
| Net Income | ($21.154) | ($0.992) | ($1.803) | $84.706 | $0.290 | $61.046 | ($3.080) | $0.149 | $0.875 |
| EBITDA (3) | $2.008 | $0.000 | $0.598 | $0.000 | $1.599 | $4.205 | $12.381 | $18.047 | $19.587 |

(1) Includes actual and projected results of operations of Lee Brass.
(2) Excludes projected results of operations of Lee Brass following scheduled closing of Section 363 sale of assets on or before June 30, 2005.
(3) Excludes Reorganization Expenses and Other (Income)/Expense.

**Amcast Industrial Corporation**
Projected Statements of Cash Flow
($Millions)

|  | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 2005 | | | | | For the Fiscal Year Ending August 31, (2) | | | |
|  | Ten Months Pre-Sale Ending 6/30/2005 (1) | Lee Brass Section 363 Sale & Debt Discharge | One Month Pre-Emergence Ending 7/31/2005 (2) | Reorganization & Debt Discharge | One Month Post-Emergence Ending 8/31/2005 (2) | 2005 | 2006 | 2007 | 2008 |
| Net Cash Flow from Operating Activities | ($13.024) | ($8.522) | ($0.962) | $46.267 | $0.404 | $24.162 | $7.104 | $9.772 | $10.623 |
| Net Cash Flow from Investing Activities | (5.112) | 12.962 | (0.467) | 2.751 | (0.553) | 9.582 | (12.145) | (16.260) | (10.165) |
| Net Cash Flow from Financing Activities | 8.568 | (4.440) | 1.500 | (49.018) | 1.422 | (41.968) | 5.041 | 6.488 | (0.458) |
| Net Cash Flow | (9.568) | - | 0.071 | - | 1.273 | (8.224) | - | - | - |
| Beginning Cash & Equivalents | 10.224 | 0.656 | 0.656 | 0.727 | 0.727 | 10.224 | 2.000 | 2.000 | 2.000 |
| Ending Cash & Equivalents | $0.656 | $0.656 | $0.727 | $0.727 | $2.000 | $2.000 | $2.000 | $2.000 | $2.000 |

(1) Includes actual and projected cash flows of Lee Brass.
(2) Excludes projected cash flows of Lee Brass following scheduled closing of Section 363 sale of assets on or before June 30, 2005.